IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Joel Allen | : | |
| | : | |
| v. | : | No. 1253 C.D. 2017 |
| | : | |
| City of Philadelphia and Lt. Daniel | : | |
| McCann, | : | |
| Appellants | : | |

## **O R D E R**

NOW, June 3, 2019, having considered appellee's application for reargument and appellants' answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge